UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BYCKLEY CHARLES LEUTWILER,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, May 6, 2009,** and responses to these motions shall be filed by **Monday, May 18, 2009.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date. It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, June 22, 2009, at 9:00 a.m. in courtroom A-1002.**

    Dated: April 22, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge