# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00068-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  BYCKLEY CHARLES LEUTWILER,

       Defendant.

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion For Order to Disclose Grand Jury Transcripts, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the grand jury testimony and grand jury documents may be disclosed to the Defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: August 12, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge