UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BYCKLEY CHARLES LEUTWILER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference is set in the above-captioned case for **Monday, January 25, 2010 at 11:00 a.m.**

    Dated: December 16, 2009