UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BYCKLEY CHARLES LEUTWILER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The status conference set for Friday, April 30, 2010 at 2:45 p.m. is **moved to Friday, April 30, 2010 at 3:30 p.m.**

    Dated: April 29, 2010