**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

Criminal Case No.: 09-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BYCKLEY CHARLES LEUTWILER,

    Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

    It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado, this <u>4th</u> day of June, 2010.

    BY THE COURT:

    <u>s/ Wiley Y. Daniel</u>
    WILEY Y. DANIEL,
    CHIEF UNITED STATES DISTRICT JUDGE