UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BYCKLEY CHARLES LEUTWILER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court's calendar, the sentencing hearing set for Friday, October 22, 2010 is **VACATED and RESET to Tuesday, October 26, 2010 at 9:00 a.m.**

    Dated: September 15, 2010